# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 2:07CR35** |
| | ) | |
| **vs.** | ) | <ins>**ORDER FOR DISMISSAL**</ins> |
| | ) | |
| **WILLIAM MICHAEL SUGGS** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment without prejudice.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the indictment is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to the United States Attorney, defense counsel, the United States Probation Office, and the United States Marshal's Office.

Signed: November 26, 2007

Lacy H. Thornburg
United States District Judge